Date: 11/11/10    **DIVIDENDS REMITTED TO THE COURT**    # 151301    Page:

Case Number 10-13756 - STANKIEWICZ, DANNY

| Creditor | Claim No. | | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| **Respiratory Solutions**<br>32730 Walker Rd., D1<br>Avon Lake, OH 44012<br>  (3-1) health care services<br>  performed | 000003 | Ck # 1004 | 296.81 | 3.67 |
| **NCO PORTFOLIO MANAGEMENT**<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 000004 | Ck # 1005 | 265.49 | 3.28 |
| ---------- Remittance Total --------------- | | | 562.30 | 6.95 |

_____
MARY ANN RABIN, Trustee

FILED 10 NOV 15 PH 12:50